FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 24, 2026

SEAN F. MCAVOY, CLERK

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Eastern District of Washington

ALI KANE,
also known as Abdoulaye Toumbou,

*Plaintiff*

v.

C/O MONTOYA,

*Defendant*

Civil Action No. 4:26-CV-05129-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* ________ recover from the defendant *(name)* ________ the amount of ________ dollars ($ ______ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ________ recover costs from the plaintiff *(name)* ________ .

✔ other: Pursuant to the Order filed at ECF No. 12, Plaintiff's Complaint, ECF No. 1, is DISMISSED without prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2). This dismissal may count as a "strike" under 28 U.S.C. § 1915(g). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

This action was *(check one)*:

❐ tried by a jury with Judge ________ presiding, and the jury has rendered a verdict.

❐ tried by Judge ________ without a jury and the above decision was reached.

✔ decided by Judge REBECCA L. PENNELL

Date: 11/24/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*